# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| PEMEX EXPLORACIÓN Y PRODUCCIÓN,<br><br>Plaintiff,<br><br>v.<br><br>BASF CORPORATION; MURPHY ENERGY CORPORATION; TRAMMO PETROLEUM, INC.; BIO-NU SOUTHWEST, INC. d/b/a VALLEY FUELS; US PETROLEUM DEPOT, INC.; DONALD P. SCHROEDER, JR.; ARNOLDO MALDONADO; JONATHAN DAPPEN; STEPHEN PECHENIK; TIMOTHY L. BRINK; AND JOSHUA CRESCENZI,<br><br>Defendants. | Civil Action<br>No. 4:10-CV-01997 |

## APPENDIX IN SUPPORT OF DEFENDANT BASF CORPORATION'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

| Ex. No. | Description |
|---|---|
| A | Declaration of David M. Stryker |
| A-1 | Complaint, *Merial Limited and BASF Agro B.V., Arnhem (NL), Wädenswil Branch v. Virbac S.A. And Virbac Corporation*, Civil Case No. 4:10-CV-181-Y (N.D. Tex. filed Mar. 18, 2010) (the "*Virbac* case"). |
| A-2 | Engagement Letter with Jones Day |
| A-3 | Declaration of Keith Holmes |
| B | Declaration of William K. Kroger |

| B-1 | Donald Schroeder's Rearraignment Hearing Transcript, *USA v. Schroeder, et al.*, Criminal Case No. 4:09-CR-259 (S.D. Tex. filed May 14, 2009) |
|---|---|
| B-2 | Rearraignment Hearing Transcript Orders, *USA v. Schroeder, et al.*, Criminal Case No. 4:09-CR-259 (S.D. Tex. filed May 14, 2009) |
| C | *Honeywell Int'l v. Philips Lumileds Lighting Co.*, No. 2:07-CV-463-CE, 2009 WL 256831 (E.D. Tex. Jan. 6, 2009) |
| D | *Rembrandt Techs., LP v. Comcast Corp.*, No. 2:05CV443, 2007 WL 470631 (E.D. Tex. Feb. 8, 2007) |
| E | ABA Model Rules of Professional Conduct R. 1.7 (2004) |
| F | ABA Comm. on Ethics and Professional Responsibility, Formal Op. 95-390 (1995) |
| G | *Teradyne, Inc. v. Hewlett-Packard Co.*, No. C-91-0344, 1991 U.S. Dist. LEXIS 8363 (N.D. Cal. 1991) |
| H | [Exhibit deliberately left blank] |
| I | *Clark v. Alfa Ins. Co.*, No. Civ. A. 00-AR-3296, 2001 WL 34394281 (N.D. Ala. Feb. 7, 2001) |
| J | *In re I Successor Corp.*, 321 B.R. 640 (Bankr. S.D.N.Y. 2005) |
| K | ABA Model Rule 1.0 (2007) |
| L | *Fisons Corp. v. Atochem N.A., Inc.*, No. 90-CV-1080, 1990 WL 180551 (S.D.N.Y. Nov. 14, 1990) |
| M | D.C. Bar Ethics Opinion 309 (2001) |
| N | *McKesson Information Solutions, Inc. v. Duane Morris, LLP*, No. 2006-CV-121110 (Ga. Super. Ct., Nov. 8, 2006) |