# EXHIBIT A

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801343821 | **Entity Type:** | Domestic Limited Liability Partnership (LLP) |
| **Original Date of Filing:** | November 12, 2010 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | 721536760 |
| **Duration:** | Non-Perpetual | **Expiration Period:** | |

**Name:** BIG STAR GATHERING LTD LLP
**Address:** 1058 FM 3024
George West, TX 78022 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 340376710002 | Registration of a Limited Liability Partnership | November 12, 2010 | November 12, 2010 | No | 1 |

[ Order ]  [ Return to Search ]

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.