# EXHIBIT B

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800133438 | **Entity Type:** | Domestic Limited Liability Partnership (LLP) |
| **Original Date of Filing:** | October 15, 2002 | **Entity Status:** | Expired |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 721536760 | **FEIN:** | 721536760 |
| **Duration:** | Non-Perpetual | **Expiration Period:** | 1 |

**Name:** Big Star Gathering Ltd L.L.P.
**Address:** 1058 FM 3024
George West, TX 78022 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 18381170002 | Certificate of Registration | October 15, 2002 | October 15, 2002 | No | 1 |
| | 18751020002 | Amended Registration | October 22, 2002 | October 22, 2002 | No | 1 |
| | 36832570001 | Renewal Notice | July 1, 2003 | July 1, 2003 | No | 1 |
| | 43758770002 | Renewal of Registration | October 3, 2003 | October 3, 2003 | No | 1 |
| | 63890750001 | Renewal Notice | July 1, 2004 | July 1, 2004 | No | 1 |
| | 68421550002 | Renewal of Registration | August 26, 2004 | August 26, 2004 | No | 1 |
| | 94862580001 | Renewal Notice | July 7, 2005 | July 7, 2005 | No | 1 |
| | 102773440002 | Renewal of Registration | September 7, 2005 | September 7, 2005 | No | 2 |
| | 138526660001 | Renewal Notice | August 1, 2006 | August 1, 2006 | No | 1 |
| | 143859860002 | Renewal of Registration | September 11, 2006 | September 11, 2006 | No | 2 |
| | 166987160003 | Certificate of Assumed Business Name | April 13, 2007 | April 13, 2007 | No | 2 |
| | 168663580004 | Certificate of Assumed Business Name | April 27, 2007 | April 27, 2007 | No | 2 |
| | 180445470001 | Renewal Notice | August 1, 2007 | August 1, 2007 | No | 1 |
| | 189561400002 | Renewal of Registration | October 15, 2007 | October 15, 2007 | No | 2 |
| | 224267940001 | Renewal Notice | August 1, 2008 | August 1, 2008 | No | 1 |
| | 229564260002 | Renewal of Registration | September 15, 2008 | September 15, 2008 | No | 2 |
| | 270187640001 | Renewal Notice | August 3, 2009 | August 3, 2009 | No | 1 |
| | 280398630002 | Renewal of Registration | October 20, 2009 | October 20, 2009 | No | 2 |
| | 318478340001 | Renewal Notice | August 2, 2010 | August 2, 2010 | No | 1 |

[ Order ]  [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.