**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| PEMEX EXPLORATIÓN Y PRODUCCIÓN, § § § | |
| § | Consolidated Cases: |
| *Plaintiff*, § | |
| § | No. 4:10-CV-01997 |
| v. § | No. 4:11-CV-02019 |
| § | |
| BASF CORPORATION, ET AL., § | |
| § | Hon. Sim Lake |
| *Defendants.* § | |

## ORDER ON SAINT JAMES OIL, INC.'S AMENDED MOTION TO DISMISS

On this day came to be heard Defendant Saint James Oil, Inc.'s ("St. James's") Amended Motion to Dismiss Pursuant to Rule 12(b)(2) (the "Motion"). After considering the Motion, the Court finds that it is meritorious and should be **GRANTED.**

Accordingly, it is hereby **ORDERED** that St. James is hereby dismissed from this action with prejudice.

Dated this _____ day of _____, 201\_\_\_\_\_.

_____
Hon. Sim Lake

1