# EXHIBIT 40



**EXPLORATION AND PRODUCTION**
BURGOS FACILITY [A.I.B.]

[stamp:] Ret. Rec. Req.

INTERNAL CORRESPONDENCE

167

| SENDER:<br>**Well Operation and Exploration Facilities Coordination Office**<br>**Well Operation Department** | NUMBER: 237-39100-39110-OF-498/     /2006<br>FILE: B-14-S.<br>DATE: June 5, 2006 |
| --- | --- |
| DESTINATION:<br>**Physical Security Management**<br>ATTENTION:<br>**Fermín González González** | BACKGROUND OF COMMUNICATION<br>WHICH IS ANSWERED WITH THIS<br>INSTRUMENT<br>NUMBER:<br>FILE(S):<br>DATE(S): |
| SUBJECT:<br>**Access Anomaly Report Cañón 1A Station.** | APPENDIXES:<br>                    X |

WHEN ANSWERING THIS OFFICIAL LETTER, MENTION THE AGENCY WHICH SENT IT AS WELL AS ITS AMOUNT AND DATE

I hereby inform you that on June 4 of the current year, the "E" Pumping Assistant Rolando Sosa Mozqueda F-477799, assigned to this Coordination Office, reported that at 08:10 a.m., he found that the access door chain of the Station mentioned in this matter was cut, an incident carried out by persons not related to our company and the door of the facility was open. The door was inspected detecting that the storage tank liquid level was in accordance with the well production rate in the Station, so that it is presumed that they tried to steal condensate.
Evidence was then taken and the chain was again ordered installed and the lock put in place. The worker's report and the photographs of the incident are attached.

All the above is for the purposes and effects that may apply.

**Sincerely,**
[signature]
**Jorge Morales Cerón**
**Coordinator.**

[stamp:]
PHYSICAL SECURITY SERVICES MANAGEMENT
JUNE 8, 2006
PETROLEOS MEXICANOS
DEPT. REYNOSA, TAM.

CC: Well Operation Department

[initialed:] VC / JVCG / EVL / ES / laa

"2006, Year of the Bicentenary of the Birth of the Outstanding Patriot of the Americas, Sir Benito Juárez García"

PEP-0007591

PEP-0007591



FORM PEP CI-4

## INTERNAL CORRESPONDENCE

*EXPLORATION AND PRODUCTION*
BURGOS FACILITY

| SENDER:<br>**Well Operation and Exploration Facilities Coordination Office**<br>**Well Operation Department** | NUMBER: 237-39100-39110-OF-159/    /2007<br>FILE: B-14-S.                61<br>DATE: February 26, 2007 |
|---|---|
| DESTINATION:<br>**Physical Security Services Management, Dept. Reynosa, Tam.**<br><br>ATTENTION: **José Pablo Rodríguez Mondragón** | BACKGROUND OF COMMUNICATION WHICH IS ANSWERED WITH THIS INSTRUMENT<br>NUMBER(S) 237-39100-39110-OF-498/167/2006<br>            237-39100-39110-OF-530/180/2006<br>            237-39110-OF-581/2006<br>FILE(S): B-14-S          [stamp:] Ret. Rec. Req.<br>DATE(S): June 5, June 12, and June 23, 2006 |
| SUBJECT:<br>**Guard Services in A.I.B. Station** | APPENDIXES:<br>                        X |

WHEN ANSWERING THIS OFFICIAL LETTER, MENTION THE AGENCY WHICH SENT IT AS WELL AS ITS AMOUNT AND DATE

For the purpose of maintaining the facilities in accordance with the guidelines of Petróleos Mexicanos security as well as the good performance of the activities and operations within the collection station Cañón 1 and 1A, I would be grateful if you would order the pertinent persons to carry out the permanent guard service, due to the fact that in this station, personnel unrelated to the company has been carrying out activities which result in serious contamination problems in the station and surrounding area, as is shown in the photographic evidence.

Don't let me forget to mention that this type of actions have been happening as well in the Stations Topo 1, Sigma 1, Sigma 2, Fundador 1, Mojarreñas 1, Culebra 9, Peña Blanca 1, Arcabuz 3, Arcabuz 4, and Pípila 1, regarding which requests were made in the attached documents, but concerning which we have not received any response to date.


**Sincerely,**

[signature]
**Alejandro Valle Corona**
**Interim Coordinator.**


[stamp:]
PHYSICAL SECURITY SERVICES MANAGEMENT
FEB. 28, 2007
PETROLEOS MEXICANOS
DEPT. REYNOSA, TAM.

CC:     Burgos Facility
        Quality, Env. Prot, and Indus. Security Coordination Office, A.I.B.
        Logistics and Maintenance Coordination Office


[initialed:] ECR / JGA / ESS / mce


PEP-0007592

PEP-0007592



FORM PEP CI-4

**INTERNAL CORRESPONDENCE**

*EXPLORATION AND PRODUCTION*
BURGOS FACILITY

| SENDER:<br>**Well Operation and Exploration Facilities Coordination Office**<br>**Well Operation Department** | NUMBER: 237-39100-39110-OF-212/    /2007<br>FILE: B-14-S.                  82<br>DATE: March 8, 2007    [stamp:] Ret. Rec. Req. |
|---|---|
| DESTINATION:<br>**Physical Security Services Management, Dept. Reynosa, Tam.**<br><br>ATTENTION: **José Pablo Rodríguez Mondragón** | BACKGROUND OF COMMUNICATION WHICH IS<br>ANSWERED WITH THIS INSTRUMENT<br>NUMBER(S): 237-39100-39110-OF-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<br>FILE(S):<br>DATE(S): February 26, 2007 |
| SUBJECT:<br>**Permanent Guard Services in the Facility** | APPENDIXES: |

WHEN ANSWERING THIS OFFICIAL LETTER, MENTION THE AGENCY WHICH SENT IT AS WELL AS ITS AMOUNT AND DATE.

In response to your communication GSSF/DSFR/305/2007 dated March 5, 2007, where you mention that you do not have the necessary means to cover the permanent guard service needs in the areas of our jurisdiction, we reiterate the request for continuous guard service, preferably at night, since we consider them as critical points due to the constant movement of staff unrelated to the company in the Collection Stations Cañón 1-A, Cañón 2, Sigma 1 and 2, Compression Station Sierrita-Cuervito, taking into account their list of staff and work hours.

Don't let me forget to mention that these actions cause considerable losses for the company, as well as serious contamination problems, not to mention that a bigger accident could be provoked.

**Sincerely,**

[signature]
**Alejandro Valle Corona**
**Interim Coordinator.**

CC:    Quality, Env. Prot, and Indus. Security Coordination Office, A.I.B.
       Logistics and Maintenance Coordination Office

[initialed:] ECR / lhc        Received by me Jaime Juárez [signature]
       03/12/2007         Guard Service Agent

PEP-0007593

PEP-0007593



INTERNAL CORRESPONDENCE

*EXPLORATION AND PRODUCTION*
*BURGOS FACILITY*

| SENDER:<br>**Well Operation and Exploration Facilities Coordination Office**<br>**Well Operation Department** | NUMBER: 237-39100-39110-OF-159/    /2007<br>FILE: B-14-S.        61<br>DATE: February 26, 2007 |
|---|---|
| DESTINATION:<br>**Physical Security Services Management, Dept. Reynosa, Tam.**<br><br>ATTENTION: **José Pablo Rodríguez Mondragón** | BACKGROUND OF COMMUNICATION WHICH IS<br>ANSWERED WITH THIS INSTRUMENT<br>NUMBER(S): 237-39100-39110-OF-498/167/2006<br>          237-39100-39110-OF-530/180/2006<br>          237-39110-OF-581/2006<br>FILE(S): B-14-S        [stamp:] Ret Rec Req.<br>DATE(S): June 5, June 12, and June 23, 2006 |
| SUBJECT:<br>**Guard Services in A.I.B. Stations** | APPENDIXES:<br>X |

WHEN ANSWERING THIS OFFICIAL LETTER, MENTION THE AGENCY WHICH SENT IT AS WELL AS ITS AMOUNT AND DATE.

For the purpose of maintaining the facilities in accordance with the guidelines of Petróleos Mexicanos security as well as the good performance of the activities and operations within the collection station Cañón 1 and 1A, I would be grateful if you would order the pertinent persons to carry out the permanent guard service, due to the fact that in this station, personnel unrelated to the company has been carrying out activities which result in serious contamination problems in the station and surrounding area, as is shown in the photographic evidence.

Don't let me forget to mention that this type of actions have been happening as well in the Stations Topo 1, Sigma 1, Sigma 2, Fundador 1, Mojarreñas 1, Culebra 9, Peña Blanca 1, Arcabuz 3, Arcabuz 4, and Pípila 1, regarding which requests were made in the attached documents, but concerning which we have not received any response to date.


**Sincerely,**

[signature]
**Alejandro Valle Corona**
**Interim Coordinator.**


[stamp:]
PHYSICAL SECURITY SERVICES MANAGEMENT
FEB. 28, 2007
PETROLEOS MEXICANOS
DEPT. REYNOSA, TAM.

CC:     Burgos Facility
        Quality, Env. Prot. and Indus. Security Coordination Office, A.I.B.
        Logistics and Maintenance Coordination Office


[initialed:] ECR / JGA / ESS / mce


PEP-0007594

PEP-0007594

List of Return Receipts                                                      Page 1 of 1

**LIST OF RETURN RECEIPTS OF THE DOCUMENT: 237-39100-39110-OF-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**

| Name or Agency | Ret. Rec. | Ret. Rec. Date | Delivery Date |
|---|---|---|---|
| 23711000---BURGOS SIPAC COORDINATION OFFICE | | | |
| CCP     DELGADO AVILES MARCO ANTONIO | | | 03/09/2007 |
| 23716000---BURGOS LOGISTICS AND MAIN. COORD. OFFICE | √ | 03/09/2007 07:21:47 p.m.. | |
| CCP     ZAMUDIO DIAZ JUAN MANUEL | | | 03/09/2007 |

D=SENT TO, CCP=WITH COPY TO, T=TRANSFERRED TO, TCCP=GREEN SHIFT COPY TO AREA HEADS

http://sacv30.sede.dpep.pep.pemex.com/WebSAC3_0/Seguimiento/ListAcuses.aspx?nombreRef=2373... 03/13/2007

PEP-0007595

PEP-0007595



**EXPLORATION AND PRODUCTION**
**BURGOS FACILITY**

[stamp:] Ret. Rec. Req.

INTERNAL CORRESPONDENCE

| SENDER:<br>**Well Operation Department** | NUMBER: 237-39110-OF-270/2007<br>FILE: B-5-1-S.<br>DATE: April 3, 2007. |
|---|---|

| DESTINATION:<br>**Pipelines and Facilities Maintenance Department**<br><br>ATTENTION: **Jaime Rosendo Zubiaga Gaytán** | BACKGROUND OF COMMUNICATION WHICH IS<br>ANSWERED WITH THIS INSTRUMENT<br>NUMBER(S):  [stamp:] PEMEX EXPLORATION<br>  AND PRODUCTION, APR 10, 2007,<br>  RECEIVED, PIPELINES AND<br>  FACIL. MAINT. DEPT.<br>FILE(S):<br>DATE(S): |
|---|---|
| SUBJECT:<br>**Repair perimeter fence of Reynosa Sector Station** | APPENDIXES: |

WHEN ANSWERING THIS OFFICIAL LETTER, MENTION THE AGENCY WHICH SENT IT AS WELL AS ITS AMOUNT AND DATE.

As a result of illicit activities of the theft of condensate in different stations in the sector, personnel unrelated to our company have caused damages to the perimeter fence of the facilities, causing cattle to entered into the facilities.

In order to avoid the death of livestock for this reason, I hereby request the repair of the fencing in the following facilities:

- Pípila 1 Station.
- Sigma 2 Station.
- Lomitas 2 Station.
- Cañón 2 Station

**Sincerely,**

[signature]
**Alejandro Valle Corona**
**Interim Coordinator.**

cc:    Well Operation and Facilities Coordination Office
       Quality, Env. Prot. and Indus. Security Coordination Office, A.I.B.

[initialed:] ECR / JVC / marh

PEP-0007596

PEP-0007596

List of Return Receipts                                                      Page 1 of 1

**LIST OF RETURN RECEIPTS OF THE DOCUMENT: 237-39100-OF-270-2007**

| Name or Agency | | Ret. Rec. | Ret.      Rec. Date | Delivery Date |
|---|---|---|---|---|
| | 23711000---BURGOS SIPAC COORDINATION OFFICE | √ | 04/09/2007 06:40:27 p.m. | |
| CCP | DELGADO AVILES MARCO ANTONIO | | | 04/09/2007 |
| | 23711300---SUSTAINABLE DEVELOPMENT AND QUALITY | | | |
| T | MUÑOZ GONZÁLEZ GILDARDO | | | 04/09/2007 |
| | 23739100---COPY BURGOS | √ | 04/09/2007 02:40:24 p.m. | |
| CCP | MORALES CERON JORGE | | | 04/09/2007 |
| | 23739110---WELL AND FACILITIES OPERATIONS | | | |
| T | VALLE CORONA ALEJANDRO | √ | 04/10/2007 02:51:24 p.m. | 04/10/2007 |
| T | CASTILLO RODRÍGUEZ EDUARDO | | | 04/11/2007 |
| T | GUERRA ABAD JESÚS | | | 04/11/2007 |
| | 23763400---PIPELINES AND ACCESSES MAINTENANCE | √ | 04/10/2007 07:50:55 a.m. | |
| D | ZUBIAGA GAYTÁN JAIME ROSENDO | | | 04/09/2007 |
| T | DIAZ OLIVARES JESÚS ZARAGOZA | | | 04/11/2007 |

D=SENT TO, CCP=WITH COPY TO, T=TRANSFERRED TO, TCCP=GREEN SHIFT COPY TO AREA HEADS

http://sacv30.sede.dpep.pep.pemex.com/WebSAC3_0/Seguimiento/ListAcuses.aspx?nombreRef=2373... 04/11/2007

PEP-0007597

PEP-0007597



EXPLORATION AND PRODUCTION

2009, Year of the Liberal Reform

**Official Letter**

Date:                    July 16, 2009

| | | | |
|---|---|---|---|
| Sender: | S.C.A.D.A.<br>Wells Operation and Exploitation Facilities Coordination Office<br>Burgos Facility | Number: | COPIE-SCA-OI-083-2009 |

| | |
|---|---|
| Destination:<br>Jorge Javier Fernandez Garza<br>E.D. Patrimony and Services Administration, A.I.B.<br><br>Attention: | Background:<br>Number(s):<br>Unique File Number:<br>Date(s): |

Subject: Damage to solar panel in Culebra 2 Station                    Appendix  X

By means of this letter, allow me to inform you regarding the damages detected on July 15 of the current year in the SCADA system monitoring equipment located in the Culebra 2 Station.

According to the informational note IMP/SCADA/HAGU-007-09, generated by the area SCADA supervisor, upon making a routine inspection run of the instruments of said station, there are observed damages on the solar panel, brand name BP SOLAR, model BP 3805, serial no. C1061111 4996925.

It should be mentioned that no theft of this equipment has been detected.

The supervisor's informational note and the photographic evidence are appended.


Sincerely,
[signature]
José Ángel Escobedo Torres
Int SCADA Leader, A.I.B.

CC:    José Aldaberto Ríos Espit.- Well Operation and Exploration Facilities Coordinator.
       Jorge Luis Vivero Flores.- Legal Sub-Manager, Reynosa.
       Marco Antonio Delgado Avilés.- Quality, Environmental Protection and Industrial Security Coordinator, A.I.B.
       Pedro Hugo Robles Sosa.- Sectorial Head, Arcabuz-Culebra.
       José Pablo Rodríguez Mondragón.- Physical Security Department Head.
File:


RJLR

S C.A.D.A. - Administrative Building No. 1, 3rd Floor, Blvd. Lázaro Cárdenas No. 605, Colonia Anzalduas, Postal Code 88630, Ciudad Reynosa, Tam.
Switchboard 921 76 00 Extensions 50330 and 50331

Page 1

PEP-0007598

PEP-0007598



**INSTITUTO MEXICANO DE PETRÓLEO**
[Mexican Institute of Petroleum]
**NORTHERN AREA REGIONAL OFFICES**

*INNOVATE*

IMP/SCADA-MAGU-007-09                                    DATE  07/15/2009

## *INFORMATIONAL NOTE*

FOR: ENG. RUBÉN LÓPEZ ROBLES.
SUPERVISOR OF THE SCADA A.I.B.

FROM: ENG. HUGO AUGUSTO GONZÁLEZ URBANO

SUBJECT: DAMAGES ON SOLAR PANEL IN CULEBRA 2 STATION.


I am hereby informing you that when carrying out the routine inspection run of the instruments of Culebra 2 station, damages were detected on the solar panel described below, and when connecting the electricity to the Remote Terminal Unit Master of the wireless system, it was found to be operating properly. In anticipation of lowered efficiency of the damaged solar panel during the winter season, we suggest that this equipment be changed.

Solar Panel brand name: BP Solar, Model: PB 3805, serial number: C1061111 4996925

Photographs appended.

With nothing further to consider, I remain available for inquiries.


**Sincerely**
**[signature]**
**Eng. Hugo Augusto González Urbano**
**Supervisor, IMP/SCADA**

CC: J.A.E.T./Leader SCADA

| BLVD  MORELOS #990 2° PISO, COL. PROL RODRIGUEZ C P 85690 CONSULTANCY AND TRAINING OFFICE TEL  926 87 73 EXT 52176 | ENCINOS #507 COL  DEL VALLE C P 88620 EXPLORATION AND PROD GEOPHYSICAL REG TEL  925 15 43 EXT 32064 | CALLE MONTERREY #411 ALTOS COL  RODRIGUEZ C P 88630 | | |
|---|---|---|---|---|
| | | ADMINISTRATION TEL  824 53 37 EXT  52171 | ENGINEERING TEL  926 35 57 EXT  5 21 79 E-MAIL  rortegap@imp.mx | EXPLORATION AND PROD TECHNICAL SERVICES TEL  23 95 07 EXT  32291 |



**INSTITUTO MEXICANO DE PETRÓLEO**
[Mexican Institute of Petroleum]
**NORTHERN AREA REGIONAL OFFICES**

*INNOVATE*





| BLVD. MORELOS #990 2° PISO, COL. PROL. RODRIGUEZ C.P. 85690 | ENCINOS #507 COL. DEL VALLE C.P. 88620 | CALLE MONTERREY #411 ALTOS COL. RODRIGUEZ C.P. 88630 | | |
|---|---|---|---|---|
| | | ADMINISTRATION | ENGINEERING | EXPLORATION AND PROD. |
| CONSULTANCY AND TRAINING OFFICE TEL. 926 87 73 EXT. 52176 | EXPLORATION AND PROD. GEOPHYSICAL REG. TEL. 925 15 43 EXT. 32064 | TEL. 824 53 37 EXT. 52171 | TEL. 926 35 57 EXT. 5 21 79 E-MAIL: rortegap@imp.mx | TECHNICAL SERVICES TEL. 23 95 07 EXT. 32291 |

PEP-0007600

PEP-0007600



*INNOVATE*

### INSTITUTO MEXICANO DE PETRÓLEO
[Mexican Institute of Petroleum]
### NORTHERN AREA REGIONAL OFFICES





| BLVD MORELOS #990 2° PISO COL PROL RODRIGUEZ C P 85690 | ENCINOS #507 COL DEL VALLE C P 88620 | CALLE MONTERREY #411 ALTOS COL RODRIGUEZ C P 88630 | | |
|---|---|---|---|---|
| | | ADMINISTRATION TEL 824 53 37 EXT 52171 | ENGINEERING TEL 926 35 57 EXT 5 21 79 E MAIL rortegap@imp mx | EXPLORATION AND PROD TECHNICAL SERVICES TEL 23 95 07 EXT 32291 |
| CONSULTANCY AND TRAINING OFFICE TEL 926 87 73 EXT 52176 | EXPLORATION AND PROD GEOPHYSICAL REG TEL 925 15 43 EXT 32064 | | | |

PEP-0007601

PEP-0007601



Informational Note

| Date | Reynosa, Tamps , July 22, 2009 |
|------|---------------------------------|

From:    Eddy Alberto González Guillén (3464)
           Eduardo Joaquín Castillo Mañón (4393)
           Phys. Security Dept. Agents, Reynosa

For:
           Jorge Herrera López
           Operations Coordinator
           Phys. Security Dept., Reynosa
           ATTENTION

Subject: Tanker truck theft in the vicinity of the Fronterizo 2 collection station.

We are hereby informing you that today (July 22, 2009), at approx. 12:30, during our patrol of the production fields of the Burgos Facility of PEMEX Exploration and Production, we detected an abandoned tanker truck in the vicinity of the Fronterizo 2 collection station, located in the municipality of General Bravo, Nuevo León, coordinates 25° 50' 30" north latitude and 098° 50' 51" west longitude.

The characteristics of the tanker truck are stated as follows:

**Tractor Trailer** brand name Freightliner color red, with unit number 170 without license plates, with logotype on the driver's door of the CTM [Confederation of Mexican Workers] and the words "Private Use, National Union of Transportation and Construction Workers in general and similarly related organizations of the Mexican Republic, CTM, Aldama No. 625-D, Colonia Centro, Reynosa, Tamps.," hitched to the gray-colored **tank**, with no visible brand name, with two axles, with unit number 394 and 4064, license plates **332-4GK** from the State of Oklahoma, United States, with an approximate capacity of 30 thousand liters, full to 70% of capacity with a hydrocarbon product which appears to be field condensate.

We proceeded to take the corresponding samples, which were then transferred to the PEP laboratory to subject them to physical chemical analysis, which generated as a result that they have the characteristics of the field condensate produced by Pemex Exploration and Production.

Likewise, we are letting you know that, due to security measures, the seized tanker truck was transferred to the Facility designated Culebra Sur Plant of Pemex Exploration and Production, located in the "El Huizache" cooperative in the Municipality of General Bravo, Nuevo León.

All the above was made known to the Legal Sub-Manager of Pemex in Reynosa, for the corresponding legal handling.

We make this known to you for the corresponding purposes and effects.

                                 Sincerely,
[signature]                           [signature]
Eddy Alberto González Guillén         Eduardo Joaquín Castillo Mañón
           (3454)                            (4393)

                                               Page 1

  [stamp:] RETURN RECEIPT REQUESTED

Official Letter

Date:       Reynosa, Tamps., July 29, 2009

| Sender: | Administration Corporate Office. Physical Security Services Management Reynosa, Tamp. Department | Number | DSFR-0962-2009 |

| Destination: | Mr. Jorge Luis Vivero Flores Reynosa Legal Sub-Manager Reynosa, Tam. | Background: Number(s): Unique file number: Date(s): |

Subject: Intervention of 1 subject and tanker truck with field condensate.       Appendix:      [X]

# REDACTED

Sincerely,
[signature]
Jorge Herrera López
Operations Coordinator

[stamp:] PHYSICAL SECURITY SERVICES MANAGEMENT
JULY 29, 2009
PETRÓLEOS MEXICANOS
REYNOSA, TAM. DEP..

[stamp:] [illegible] July 29, 2009, RECEIVED
[stamp:] GENERAL OFFICE OF THE LAWYER

PEMEX PETRÓLEOS MEXICANOS
JULY 29, 2009
05:10 P.M.
RECEIVED
REYNOSA LEGAL OFFICE

Cc: General of [illegible], Organización Editorial Mexicana, Ret. Miguel Estrada Martínez, Physical Security Services Manager, Mexico, D.F., for their full knowledge.
Cc: Eng. Miguel Ángel Maciel Torres, Administrator of the Burgos Facility of PEP.
Cc: File

Prepared by JHL

Page 1

PEP-0007603

PEP-0007603

PETRÓLEOS MEXICANOS
PHYSICAL SECURITY SERVICES MANAGEMENT
REYNOSA DEPARTMENT

Reynosa, Tamps., July 29, 2009.

Subject: Informational report and presentation of a person

Citizen Agent of the Public Prosecutor's Office on duty
Attention

The Citizens Genaro Cruz Martínez and Eduardo Joaquín Castillo Mañón, Agents of the Physical Security Services Department of Petróleos Mexicanos, assigned to the Reynosa Department, identified by their respective credentials numbers 3494 and 4393 issued by the state company, with domicile at Carretera Reynosa-Nuevo Laredo Km. 8.5 Ejido Los Cavazos in Reynosa, Tamps., bring to your attention the following events:

At approximately 03:45 a.m. today, the operator of the SCADA Control Room of the Burgos Facility of Pemex Exploration and Production, reported that at 3:27 a.m. there was noted the beginning of a decrease in the liquids in the Sigma 2 Station, such that yours truly, the undersigned, went out to carry out a patrol in the cited production field, noticing that a tanker truck was coming out of the secondary road which leads to that station, beginning to travel along the Carretera Monterrey-Reynosa, the tanker truck stopped at about 04:50 a.m. approximately at kilometer 190+800 of that highway, in the vicinity of the Santa Rosa Ranch, Municipality of Reynosa, Tamps., so that we proceeded to stop, detecting that it was driven by a subject who stated he was Erick Jaziel Castañeda Morales and that he was 27 years of age, with domicile at Calle Leyes de Reforma 114, Colonia Lázaro Cárdenas, of Reynosa, Tamps., such that it is presumed that this unit was filled in the Sigma 2 Station in light of the fact that in that place, a decrease was recorded in the SCADA Control Room.

As follows the characteristics of the tanker truck:

**Tractor Trailer** brand name Freightliner color red, with license plates **466-BP4** of the Mexico Federal Public Shipping Service, with serial number on the door frame **1FUYDCEB1VL823239,** with the company name JCB (Javier Cantu Barragán), Tel. 92-62-400, 92-62-401 and 95-42-400, Reynosa, Tamps., hitched to the white -colored **tank**, with a red strip all along the side, brand name Hercules, with no company name, serial number **3M9T140831H009318,** with no license plates, and three axles and an approximate capacity of 43 thousand liters, being it then observed that it was full to 95% of its capacity with a hydrocarbon product.

We proceeded to take the respective sample, which was then transferred to the PEP laboratory to subject it to physical chemical analysis, which generated as a result that it has the characteristics of the field condensate produced by Pemex Exploration and Production.

All the above was made known to the Legal Sub-Manager of Pemex in Reynosa.

PEP-0007604

PEP-0007604

For security measures and via instructions of the legal holder of power of attorney of this Company, the tanker truck will be transferred to the facility designated Campo Reynosa of Pemex Exploration and Production, located at Carretera San Fernando-Reynosa Km. 110+800 in the Colonia Pedro J. Méndez of this City, likewise, photographs were taken in the place where the tanker truck was intercepted.

Given the statements above and the instructions of the Legal Sub-Management of Pemex in Reynosa, in these offices we hereby make available to this investigatory authority the person who stated he is Erick Jaziel Castañeda Morales and that he is 17 years old, with domicile at Calle Leyes de Reforma 114, Colonia Lázaro Cárdenas in Reynosa, Tamps.

The person brought to the offices of this Honorable Social Agency of the Federation, exhibits no visible injury, has not been hit or mistreated, such that he is delivered in good physical and health conditions, and in this proceeding, we request that the medical certification of his physical integrity be to performed on him, likewise, we request that all the necessary procedures be performed which are deemed relevant by this agency under your honorable responsibility in order to clarify these events.

Sincerely,
The apprehending agents of the of Physical Security Services Management of Petróleos Mexicanos

[signature]                              [signature]
Genaro Cruz Martínez               Eduardo Joaquín Castillo Mañón
(3494)                                   (4393)

PEP-0007605

PEP-0007605



*EXPLORATION AND PRODUCTION*     Official Letter

CLASSIFICATION  Total b  Partial ☐ Reserved ☐  Confidential ☐

Pages  72
Date  January 2, 2009                          Reserve Period  12 years
Legal Basis  LFTAIPG [Federal Law of Transparency and Access to Official Public Information]
Articles  13 and 14, Sections I and IV  I, III, IV, and VI
Others  Political Constitution of United States of Mexico, Article 28  Fourth Paragraph
           National Security Law, Articles 5, Section XII, 51, Section II
           General Guidelines of Classified and Declassified Information of Agencies and Entities
of the Federal Public Administration No. 18, Section V, Point ' e' 25th
Extension of reserve period     years
Part or section to be classified
Administrative Unit              Well Op  and Exp  Facility Coordinating Office
Name, position, and signature of the head of the Administrative Unit
Fernando Martinez Ballesteros, Department of Operations of Wells, Measurement of Gas and Liquids
DECLASSIFICATION                        Date
Pages
Name, position, and signature of the head of the Administrative Unit

DATE: August 12, 2009

Sender:  Administration of the Burgos Facility
         Wells Operation and Exp. Fac.
         Coordination Office
         Well Operation Department

Number: AAIB-COPIE-DOP-480-          747-2009

Destination:     Juan Arturo Hernández Carrera
                 Northern Region Branch

Background:
Number(s):
Unique file number: 4S.7 File on Physical Security
Date(s):

Subject: Report on Physical Security, July 2009     Appendix:     ☒

Following up on our previous reports in this matter, referring to the theft of liquid hydrocarbons and equipment from the production facilities, I hereby append and send the report of the patrols performed by the Physical Security Management posted in Reynosa, Tamaulipas, which mentions two incidents related to acts of illegal transportation of condensates, a report of the missing volume (shrinkages), and three cases of incidents related to acts of theft of equipment.

Likewise, an informational note is attached, regarding the placing of chains and locks on the access to the facilities and spigots of the tanker trucks with a respective coverage of 100% and 97% as of August 11 of the current year.

Given all the above, we reiterate our request for your support before the corresponding authorities so they attend these matters.

I appreciate in advance your consideration of this matter and use this occasion to send you a cordial greeting.

Sincerely,
[signature]
Miguel Ángel Maciel Torres
Administrator

Prepared by
Fernando Martinez Ballesteros

Cc       SIPAC Regional Management - Carlos Hernandez Garcia
         Burgos Management Control - Ismael Nuñez Fernández
[initialed] [illegible] DSC/MENE

"2009, Year of the Liberal Reform"
Administration of the Burgos Facility
Blvd  Acapulco y Tamaulipas No  1901,
Col  Ampliacion Rodríguez, Reynosa, Tam , C P  88630
[text cut off]

PEP-0007606

PEP-0007606

**PEMEX**

*EXPLORATION AND PRODUCTION ®*

"2009, Year of the Liberal Reform"

Official Letter
Date:     August 11, 2009

| | |
|---|---|
| Sender: **Juan Arturo Hernández Carrera**<br>Sub-Manager of the Northern Region | Number: AAIB-COPIE-50-   -2009 |

| | |
|---|---|
| Destination:     **Miguel A. Maciel Torres**<br>Administrator of the Burgos Facility | Background:<br>Number(s):<br>Unique file number:<br>Date(s): |

| | |
|---|---|
| Subject: **Installation of chains and locks on accesses of the A.I.B.**<br>**Facilities** | Appendix     [X] |

In hereby inform you that based on the instructions, chains with locks have been installed on all the accesses to the stations of the Burgos Facility in accordance with the attached listing, as well as 97% coverage on the rapid fill control valves of the storage tanks, it is worth mentioning that as of this date, no violations of the locks or broken chains have been detected in the operational areas, if any irregularity is observed, we will so notify you in a timely fashion.

MAM/AVS [initials]

Exploration Facilities and Operations Coordination Office, Burgos Facility
Blvd. Lazaro Cardenas No. 605, Colonia Anzalduas, C.P. 88630, Telmex - 899 909045 Switchboard - 899 9217600 Ext. 50450 Ciudad Reynosa, Tam.

Page 1

PEP-0007607

PEP-0007607

**PEMEX**

"2009, Year of the Liberal Reform"

*EXPLORATION AND PRODUCTION ®*

Shipment
Date:     August 24, 2009

Sender:  Department of Operation of Wells
         Measurement of Gas and Liquids

Number: DOP-MGI-169-2009

Destination:

        Juan González Ávila
        Contract Operations Coordination Office

Appendix

For the purpose of continuing the control of the transportation of condensate in the stations under your responsibility, via this letter we are hereby sending 400 security seals to be utilized in the shipments of condensate in tankers by the companies under your responsibility in accordance with the attached dispatch voucher.

Sincerely,
[signature]
Alejandro Valle Corona
Reynosa-Cuitláhuac Sectorial Head

[stamp:]
PEMEX
EXPLORATION AND PRODUCTION
REYNOSA
AUGUST 26, 2009
RECEIVED
CONTRACT OPERATIONS
COORDINATION OFFICE

[initials] MEHE/cacc

Department of Operation of Wells
Measurement of Gas and Liquids
Blvd. Morelos Esq. Blvd. Tamaulipas s/n, Puerta No. 5
Col. Anzalduas, Reynosa, Tam., C.P. 88630, Switchboard (899) 9217600, Ext. 5-30-29

Page 1

PEP-0007608

PEP-0007608



**EXPLORATION AND**

PEMEX EXPLORATION AND PRODUCTION
WELL OPERATION AND EXPLORATION FACILITIES DEPARTMENT

DISPATCH VOUCHER FOR SEALS

DATE August 24, 2009

ENG. JUAN GONZÁLEZ
Contract Operations Management

I did so receive the amount of:
400 SEALS WITH THE FOLLOWING NUMERATION:

FROM 002201 TO 002300 yellow
FROM 002301 TO 002400 yellow
FROM 002501 TO 002600 yellow
FROM 002901 TO 003000 yellow
TO BE UTILIZED IN THE SHIPMENTS OF CONDENSATE IN TANKER TRUCKS

[signature]                                          [signature]

_____                    _____
Received as per agreed upon                 Mario E. Hayashi Echeverría F-205426
                                            Liquids Handling Section

[stamp:]
PEMEX
EXPLORATION AND PRODUCTION
REYNOSA
AUGUST 26, 2009
RECEIVED
CONTRACT OPERATIONS COORDINATION OFFICE

PEP-0007609

PEP-0007609



**PEMEX EXPLORATION AND PRODUCTION**
**WELL OPERATION AND EXPLORATION FACILITIES DEPARTMENT**

**EXPLORATION AND**

**DISPATCH VOUCHER FOR SEALS**

DATE August 24, 2009

ENG. FRANCISCO MAGDALENO LICON
Coordination Office of Transportation and Distribution of Hydrocarbons

I did so receive the amount of:
100 SEALS WITH THE FOLLOWING NUMERATION:

FROM 002001 TO 002100 yellow

TO BE UTILIZED IN THE SHIPMENTS OF CONDENSATE IN TANKER TRUCKS

[signature]                                          [signature]

Francisco M. Licon F.243369          Mario E. Hayashi Echeverría F-205426
                                                      Liquids Handling Section

PEP-0007610

PEP-0007610



**PEMEX EXPLORATION AND PRODUCTION**
**WELL OPERATION AND EXPLORATION FACILITIES DEPARTMENT**

**DISPATCH VOUCHER FOR SEALS**

DATE August 27, 2009

ENG. FRANCISCO MAGDALENO LICON
Coordination Office of Transportation and Distribution of Hydrocarbons

I did so receive the amount of:
92 SEALS WITH THE FOLLOWING NUMERATION:

TO BE UTILIZED IN THE SHIPMENTS OF CONDENSATE IN TANKER TRUCKS

[signature]                                          [signature]
_____                    _____
Received as per agreed upon                 Mario E. Hayashi Echeverría F-205426
                                                          Liquids Handling Section

PEP-0007611

PEP-0007611



**PEMEX**

*EXPLORATION AND*

PEMEX EXPLORATION AND PRODUCTION
WELL OPERATION AND EXPLORATION FACILITIES DEPARTMENT

DISPATCH VOUCHER FOR SEALS

DATE August 27, 2009

ENG. PEDRO H. ROBLES S.
SECTOR ARCABUZ-CULEBRA-CUERVITO

I did so receive the amount of:
800 SEALS WITH THE FOLLOWING NUMERATION:

FROM 4801 TO 4900 blue
FROM 4401 TO 4500 blue
FROM 4001 TO 4100 blue
FROM 3001 TO 3100 blue
FROM 4301 TO 4400 blue          TO BE UTILIZED IN THE SHIPMENTS OF CONDENSATE IN TANKER TRUCKS
FROM 4601 TO 4700 blue
FROM 4901 TO 5000 blue
FROM 4101 TO 4200 blue

[signature]                                    [signature]
_____         _____
        Eng. Rurico Hernández R. F.331114        Mario E. Hayashi Echeverría F-205426
                                                 Liquids Handling Section

PEP-0007612

PEP-0007612



**PEMEX EXPLORATION AND**

PEMEX EXPLORATION AND PRODUCTION
WELL OPERATION AND EXPLORATION FACILITIES DEPARTMENT

DISPATCH VOUCHER FOR SEALS

DATE August 27, 2009

ENG. ARIEL VALENZUELA
SECTOR LAREDO

I did so receive the amount of:

400 SEALS WITH THE FOLLOWING NUMERATION:

FROM 3201 TO 3300 blue
FROM 3101 TO 3200 blue
FROM 3401 TO 3500 blue
FROM 3601 TO 3700 blue

TO BE UTILIZED IN THE SHIPMENTS OF CONDENSATE IN TANKER TRUCKS

[signature]                                    [signature]
_____                        _____
    Eng. Ariel Valenzuela.                     Mario E. Hayashi Echeverría F-205426
                                               Liquids Handling Section

PEP-0007613

PEP-0007613



**PEMEX EXPLORATION AND PRODUCTION**
**WELL OPERATION AND EXPLORATION FACILITIES DEPARTMENT**

*EXPLORATION AND*

**DISPATCH VOUCHER FOR SEALS**

DATE August 27, 2009

ENG. ALEJANDRO VALLE CORONA
SECTOR REYNOSA

I did so receive the amount of:
500 SEALS WITH THE FOLLOWING NUMERATION:

FROM 3301 TO 3400 blue
FROM 3901 TO 4000 blue
FROM 4501 TO 4600 blue      TO BE UTILIZED IN THE SHIPMENTS OF CONDENSATE IN TANKER TRUCKS
FROM 4701 TO 4800 blue
FROM 3801 TO 3900 blue

[signature]
_____
   Eng. Alejandro Valle Corona

[signature]
_____
Mario E. Hayashi Echeverría F-205426
Liquids Handling Section

PEP-0007614

PEP-0007614



**EXPLORATION AND**

**PEMEX EXPLORATION AND PRODUCTION**
**WELL OPERATION AND EXPLORATION FACILITIES DEPARTMENT**

**DISPATCH VOUCHER FOR SEALS**

<u>DATE August 27, 2009</u>

ENG. JUAN GONZÁLEZ
Contract Operations Management

I did so receive the amount of:
        400 SEALS WITH THE FOLLOWING NUMERATION:

FROM 12701 TO 12800 green
FROM 12901 TO 13000 green
FROM 11801 TO 11900 green
FROM 12501 TO 12600 green

    TO BE UTILIZED IN THE SHIPMENTS OF CONDENSATE IN TANKER TRUCKS

[signature]

_____
    Received as per agreed upon

[signature]

_____
Mario E. Hayashi Echeverría F-205426
Liquids Handling Section

[stamp:]
WELLS OPERATION AND EXPLOITATION FACILITIES COORDINATION OFFICE
PEMEX
EXPLORATION AND PRODUCTION A.I.B.
10:00 a.m.
AUGUST 27, 2009
[signature]
RECEIVED
GOPE BLOCKS SECTOR

PEP-0007615

PEP-0007615



**A/R**    CORRESPONDENCIA INTERNA

*EXPLORACION Y PRODUCCION*
**ACTIVO INTEGRAL BURGOS**                                    167

| REMITE:<br>Coordinación Operación de Pozos e Instalaciones<br>de Explotación<br>Departamento de Operación de Pozos | NUMERO 237-39100-39110-OF -498/ ____ /2006<br><br>EXPEDIENTE: ___ B -14-S .<br><br>FECHA 05 de Junio del 2006 |
|---|---|
| DESTINO<br><br>Gerencia de Seguridad Física<br>ATENCION·<br>Fermín González González | ANTECEDENTES DE LA COMUNICACIÓN QUE SE<br>CONTESTAN CON LA PRESENTE NUMERO·<br>EXPEDIENTE(S):<br>FECHA(S) |
| ASUNTO·<br><br>Reporte anomalía acceso Estación Cañón 1A. | ANEXOS·<br><br>X |

AL CONTESTAR ESTE OFICIO CITESE LA DEPENDENCIA QUE LO GIRO, ASI COMO EL NUMERO Y FECHA DEL MISMO

Informo a usted que el día 04 de Junio del presente, el Ayudante "E" de Bombeo Rolando Sosa Mozqueda F- 477799, adscrito a esta Coordinación, reportó que a las 08:10 hrs. encontró la cadena de la puerta de acceso de la Estación citada en el asunto, cortada, hecho realizado por personas ajenas a nuestra empresa y la puerta de la instalación abierta. Se revisó la misma detectando que el nivel de líquidos de los tanques de almacenamiento estaban acorde al ritmo de producción de los pozos de la Estación, por lo que se presume intentaron robar condensado.

Se procedió a tomar evidencia y se mandó instalar nuevamente la cadena y colocar candado. Se anexan reporte del trabajador y fotografías del incidente.

Lo anterior para los fines que hayan lugar.

Atentamente.

Jorge Morales Cerón
Coordinador

GERENCIA DE SERVICIOS DE
SEGURIDAD FISICA

JUN 8 2006

PETROLEOS MEXICANOS
DPTO. REYNOSA, TAM

C c p Departamento de Operación de Pozos

AVC / JMGG / IXL /ESH /laa

"2006, Año del Bicentenario del natalicio del Benemérito de las Américas, Don Benito Juárez García"

PEP-0007591

FORMA PEP CI-4

 **PEMEX**

**CORRESPONDENCIA INTERNA**

*EXPLORACION Y PRODUCCION*
ACTIVO INTEGRAL BURGOS

| | |
|---|---|
| REMITE:<br>Coordinación de Operación de Pozos e Instalaciones de Explotación.<br>Departamento de Operación de Pozos. | NUMERO: 237-39100- 39110-OF-159-   -2007<br><br>EXPEDIENTE: B – 14- S    61<br><br>FECHA: 26 de Febrero de 2007 |
| DESTINO:<br><br>Gerencia de Servicios de Seguridad Física, Depto. Reynosa, Tam.<br><br>ATENCIÓN: José Pablo Rodríguez Mondragón | ANTECEDENTES DE LA COMUNICACIÓN QUE SE CONTESTA CON LA PRESENTE<br>NUMERO(S): 237-39100-39110-OF-498/167/2006<br>    237-39110-39110-OF-530/180/2006<br>    237-39110-OF-581/2006<br>EXPEDIENTE(S): B-14-S<br>FECHA(S): 5 de Junio, 12 de Junio y 23-Junio de 2006 |
| ASUNTO:<br><br>Vigilancia en Estaciones del A.I.B. | ANEXOS:<br><br>    X |



AL CONTESTAR ESTE OFICIO CITESE LA DEPENDENCIA QUE LO GIRO, ASI COMO EL NUMERO Y FECHA DEL MISMO.

Con la finalidad de mantener las instalaciones acorde a los lineamientos de seguridad de Petróleos Mexicanos así como el buen desempeño de las actividades y operaciones dentro de la estación de recolección Cañón 1 y 1A, agradeceré a usted ordenar a quien corresponda la vigilancia permanente, debido a que en dicha estación personal ajeno a la empresa ha estado realizando actividades que terminan en problemas serios de contaminación de la estación y área aledaña, tal como se muestra en la evidencia fotográfica.

No omito mencionar que este tipo de acciones se ha venido presentando también en las estaciones Topo 1, Sigma 1, Sigma 2, Fundador 1, Mojarreñas 1, Culebra 9, Peña Blanca 1, Arcabuz 3, Arcabuz 4 y Pípila 1, de lo cual se efectuaron solicitudes en documentos anexos, sin que hayamos recibido respuesta alguna hasta la fecha.

**Atentamente,**

Alejandro Valle Corona
Coordinador Interino.

GERENCIA DE SERVICIOS DE
SEGURIDAD FISICA

FEB. 28 2007

PETROLEOS MEXICANOS
DPTO. REYNOSA, TAM.

C.c p.-Administración Activo Integral Burgos
    Coordinación Seg. Ind. Protecc. Amb. y Calidad, A.I.B.
    Coordinación de Mantenimiento y Logística

ACR/JGM/ESP/mce*

FORMA PEP-CI-4

 **PEMEX** **CORRESPONDENCIA INTERNA**

*EXPLORACION Y PRODUCCION*
  **ACTIVO INTEGRAL BURGOS**

| | |
|---|---|
| **REMITE:** | **NUMERO:** 237- 39100-39110-OF-212-     -2007. |
| Coordinación de Operación de Pozos e Instalaciones de Explotación, A.I.B. | **EXPEDIENTE: B-14-S** |
| **Departamento de Operación de Pozos** | **FECHA:  08 de  Marzo de 2007** |
| **DESTINO:** | ANTECEDENTES DE LA COMUNICACIÓN QUE SE |
| **Gerencia de Servicios de Seguridad Física, Depto.** | CONTESTAN CON LA PRESENTE |
| **Reynosa, Tam.** | NUMERO:   237-39100-39110-OF-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 |
| **ATENCIÓN: José Pablo Rodríguez Mondragón** | EXPEDIENTE(S): |
| | FECHA(S     26 de Febrero de 2007 |
| **ASUNTO:** | **ANEXOS:** |
| **Vigilancia Permanente en Instalación** | |

AL CONTESTAR ESTE OFICIO CÍTESE, LA DEPENDENCIA QUE LO GIRO  ASI COMO EL  NUMERO Y FECHA DEL MISMO

En atención a su comunicado GSSF/DSFR/305/2007 de fecha 05 de Marzo de 2007, donde nos comenta que no cuenta con los medios necesarios para .cubrir la necesidad de vigilancia permanente en áreas de nuestra competencia, le reiteramos solicitud de vigilancia continua, preferentemente de noche, ya que consideramos puntos  críticos por el constante movimiento de personal ajeno a la empresa en las Estaciones de Recolección Cañón 1-A, Cañón 2, Sigma 1 y 2, Estación  de Compresión Sierrita – Cuervito, tomando en cuenta su planilla de personal y jornada de trabajo.

No omito mencionar que estas acciones le generan perdidas considerables  a la empresa, además de problemas  serios de contaminación, sin contar que pudiera provocarse un accidente mayor.

Atentamente,

Alejandro Valle Corona
Coordinador Interino

C.c.p. Coord. Seguridad Industrial, Protección Ambiental y Calidad
        Coord. Mantenimiento y Logística.

PCR/lhc.,        Recibi.  Jaime Valdredllero
                 12-03-07.        Agente del Guardia

PEP-0007593



FORMA PEP CI-4

## PEMEX

### CORRESPONDENCIA INTERNA

EXPLORACION Y PRODUCCION
ACTIVO INTEGRAL BURGOS

REMITE:
Coordinación de Operación de Pozos e Instalaciones de Explotación.
Departamento de Operación de Pozos.

DESTINO:

Gerencia de Servicios de Seguridad Física, Depto. Reynosa, Tam.

ATENCIÓN: José Pablo Rodriguez Mondragón
ASUNTO:

Vigilancia en Estaciones del A.I.B.

AL CONTESTAR ESTE OFICIO CÍTESE LA DEPENDENCIA QUE LO GIRÓ, ASÍ COMO EL NUMERO Y FECHA DEL MISMO

NUMERO: 237-39100- 39110-OF-159-   -2007
EXPEDIENTE: B – 14- S    61
FECHA: 26 de Febrero de 2007

ANTECEDENTES DE LA COMUNICACIÓN QUE SE CONTESTA
CON LA PRESENTE
NUMERO(S): 237-39100-39110-OF-498/167/2006
237-39110-39110-OF-530/180/2006
237-39110-OF-581/2006
EXPEDIENTE(S): B-14-S
FECHA(S): 5 de Junio, 12 de Junio y 23 Junio de 2006

ANEXOS:          X

Con la finalidad de mantener las instalaciones acorde a los fineamientos de seguridad de Petróleos Mexicanos así como el buen desempeño de las actividades y operaciones dentro de la estación de recolección Cañón 1 y 1A, agradeceré a usted ordenar a quien corresponda la vigilancia permanente, debido a que en dicha estación personal ajeno a la empresa ha estado realizando actividades que terminan en problemas serios de contaminación de la estación y área aledaña, tal como se muestra en la evidencia fotográfica.

No omito mencionar que este tipo de acciones se ha venido presentando también en las estaciones Tapo 1, Sigma 1, Sigma 2, Fundador 1, Mojarreñas 1, Culebra 9, Peña Blanca q , Arcabuz 3, Arcabuz 4 y Pipila 1, de lo cual se efectuaron solicitudes en documentos anexos, sin que hayamos recibido respuesta alguna hasta la fecha.

Atentamente,

Alejandro Valle Corona.
Coordinador Interino.

GERENCIA DE SERVICIOS DE
SEGURIDAD FISICA

FEB 28 2020

PETROLEOS MEXICANOS
DPTO. REYNOSA, TAM.

C.c.p. Administración Activo Integral Burgos
Coordinación Seg. Ind. Protecc. Amb. y Calidad, A.I.B.
Coordinación de Mantenimiento y Logística

ACR/JG/ESD/mce*

Lista de Acuses

## LISTA DE ACUSES DEL DOCUMENTO: 237-39100-39110-OF-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

| Nombre o Dependencia | | Acuse | Fecha Acuse | FechaEntrega |
|---|---|---|---|---|
| 23711000---COORDINACION DE SIPAC BURGOS | | | | |
| CCP | DELGADO AVILES MARCO ANTONIO | ✓ | | 09/03/2007 |
| 23716000---COORD. MANTTO. Y LOGISTICA BURGOS | | ✓ | 09/03/2007 07:21:47 p.m. | |
| CCP | ZAMUDIO DIAZ JUAN MANUEL | ✓ | | 09/03/2007 |

D= DIRIGIDO A, **CCP**= CON COPIA PARA, T= TURNADO A, **TCCP**= COPIA DE TURNO
EN VERDE JEFES DE AREA

http://sacv30.sedc.dpcp.pep.pemex.com/WebSAC3_0/Seguimiento/ListAcuses.aspx?nombreRef=237-3...    13/03/2007

PEP-0007595

 **PEMEX**    A /R **CORRESPONDENCIA INTERNA**

*EXPLORACION Y PRODUCCION*
*ACTIVO INTEGRAL BURGOS*

| REMITE:<br><br>Departamento de Operación de Pozos | NUMERO: 237-39110-OF-270/2007 |
|---|---|
| | EXPEDIENTE: B- 5-1-S |
| | FECHA: 03 de abril de 2007 |
| DESTINO:<br><br>Departamento Mantenimiento a Ductos e Instalaciones<br><br>Atención: Jaime Rosendo Zublaga Gaytán | ANTECEDENTES DE LA COMUNICACIÓN QUE SE CONTESTAN CON LA PRESENTE<br>NUMERO:<br>EXPEDIENTE(S):<br>FECHA(S):      1 0 ABR 2007<br>RECIBIDO |
| ASUNTO:<br>Reparar cerca perimetral Estación Sector Reynosa | ANEXOS: |

AL CONTESTAR ESTE OFICIO CÍTESE LA DEPENDENCIA QUE LO GIRO, ASI COMO EL NUMERO Y FECHA DEL MISMO

Derivado de la actividad ilícita de robo de condensado en las diferentes estaciones del sector, personal ajeno a nuestra empresa ha ocasionado daños a la cerca perimetral de las instalaciones, ocasionando que el ganado se introduzca en ellas.

Para evitar la muerte de semovientes por este motivo, solicito reparar el cercado de las siguientes instalaciones:

- Estación Pípila 1.
- Estación Sigma 2.
- Estación Lomitas 2.
- Estación Cañón 2.

**Atentamente,**

Alejandro Valle Corona
Jefe_Depto. Operación de Pozos

C.c.p. Coordinación de Operación de Pozos e Instalaciones
    Coordinación de Seguridad Industrial, Protección Ambiental y Calidad

ECR/JVCG/marh*

Lista de Acuses                                                    Página 1 de 1

## LISTA DE ACUSES DEL DOCUMENTO: 237-39110-OF-270-2007

| Nombre o Dependencia | | Acuse | Fecha Acuse | FechaEntrega |
|---|---|---|---|---|
| | 23711000---COORDINACION DE SIPAC BURGOS | ✓ | 09/04/2007 06:40:27 p.m. | |
| CCP | DELGADO AVILES MARCO ANTONIO | 🖼 | | 09/04/2007 |
| | 23711300---DESARROLLO SUSTENTABLE Y CALIDAD | | | |
| T | NUÑOZ GONZALEZ GILDARDO | 🖼 | | 09/04/2007 |
| | 23739100---COPIE BURGOS | ✓ | 09/04/2007 02:40:24 p.m. | |
| CCP | MORALES CERON JORGE | 🖼 | | 09/04/2007 |
| | 23739110---OPERACIÓN DE POZOS E INSTALACIONES | | | |
| T | VALLE CORONA ALEJANDRO | ✓ | 10/04/2007 02:51:24 p.m. | 10/04/2007 |
| T | CASTILLO RODRIGUEZ EDUARDO | 🖼 | | 11/04/2007 |
| T | GUERRA ABAD JESUS | 🖼 | | 11/04/2007 |
| | 23763400---MANTENIMIENTO A DUCTOS Y VIAS DE ACESO | ✓ | 10/04/2007 07:50:55 a.m. | |
| D | ZUBIAGA GAYTAN JAIME ROSENDO | 🖼 | | 09/04/2007 |
| T | DIAZ OLIVARES JESUS ZARAGOZA | 🖼 | | 11/04/2007 |

D= DIRIGIDO A, **CCP**= CON COPIA PARA, **T**= TURNADO A, **TCCP**= COPIA DE TURNO
EN VERDE JEFES DE AREA

PEP-0007597

2009, Año de la Reforma Liberal



**PEMEX**
EXPLORACION Y PRODUCCION

Oficio

| | | Fecha | 16 de julio del 2009 |
|---|---|---|---|
| Remitente | S C A D A.<br>Coordinación de Operación de Pozos e Instalaciones<br>de Explotación, Activo Integral Burgos | Numero | COPIE-SCA-OI-083-2009 |

| Destinatario | | Antecedentes | |
|---|---|---|---|
| Jorge Javier Fernández Garza<br>E. D. Administración Patrimonial y Servicios, A.I.B.<br><br>Presente: | | Núm aro (s)<br>Número único de expediente<br>Fecha(s) | |

| Asunto: | Daño e panel solar en Estación Culebra 2 | Anexo | x |

.Por medio del presente me permito informar a Usted, respecto a la afectacion detectada el día 15 de julio del presente año en el equipo de monitoreo del sistema SCADA ubicado en Estación Culebra 2.

De acuerdo a nota informativa IMP/SCADA/HAGU-007-09 generada por supervisor SCADA del área, se observa al realizarse recorrido de rutina para revisión de instrumentos en dicha estación daño en panel solar mca, BP SOLAR, mod BP 3805, n/s: C1061111 4996925.

Cabe mencionar que no se detecto ninguna sustracción a dicho equipo.

Se anexa nota informativa de supervisor y evidencia fotografica

Atentamente,


Jose Ángel Escobedo Torres
Lider Int. del SCADA.A.I B

C.c. p   Jose Adalberto Rios Espu - Coord. de Operacion de Pozos e Instlo. de Explotación
        Jorge Luis Vivero Flores -Subgerente Jurídico Reynosa
        Marco Antonio Delgado Avilés - Coord. Seguridad Industrial Protección Ambiental y Calidad A I B
        Pedro Hugo Robles Sosa - Jefe Sector Arcabuz - Culebra
        Jose Pablo Rodríguez Mondragon - Jefe Depto. de Seguridad Física
Archivo

RJLR

S C A D A - Edificio Administrativo Núm 1, 3 er Piso, Bvd. Lázaro Cárdenas Núm. 805, Colonia Anzáldua, C,P. 89880, Cd. Reynosa, Tam.
Conmutador: 921 76 00  Ext. 50030 y 50031

Pagina 1

PEP-0007598



## INSTITUTO MEXICANO DEL PETROLEO
### DIRECCIÓN REGIONAL ZONA NORTE

IMP/SCADA-HAGU-007-09

FECHA:  15/07/2009

### NOTA INFORMATIVA

PARA:  ING. RUBEN LOPEZ ROBLES,
SUPERVISOR DEL SCADA A.I.B.

DE:  ING. HUGO AUGUSTO GONZALEZ URBANO

ASUNTO: DAÑO EN PANEL SOLAR DE ESTACION CULEBRA 2.

Informo a usted que al realizarse recorrido de rutina para revisión de instrumentos en la estación Culebra 2, se detectó daño en panel solar abajo descrito y al revisarse el suministro eléctrico a UTR maestra del sistema inalámbrico, se encontró trabajando en forma adecuada. Previendo una baja eficiencia del panel solar dañado en época invernal se sugiere realizar cambio de este equipo.

Panel Solar marca: bp solar, modelo: BP 3805, numero de serie: C1061111 4996925

Se anexan fotografías.

Sin otro particular quedo a sus órdenes.

Atentamente

Ing. Hugo Augusto González Urbano
Supervisor IMP/SCADA

C.c.p. J.A.E.T./ Lider SCADA

| AVD. MORELOS #690 2° PISO COL PROL RODRIGUEZ C.P. 88800 | ENCINOS #597 COL DEL VALLE C.P. 88620 | | CALLE MONTERREY #411 ALTOS COL RODRIGUEZ C.P. 88630 | |
|---|---|---|---|---|
| CONSULTORIA Y CAPACITACION TEL. 926 67 73 EXT. 32170 | EXPLORACION Y PROD. REG GEOFISICOS TEL. 926 15 43 EXT. 32604 | ADMINISTRACION TEL. 924 58 97 EXT. 52171 | INGENIERIA TEL. 926 65 97 EXT. 5 21 79 E-MAIL: hgonzalezg@imp.mx | EXPLORACION Y PROD. SERVICIOS TECNICOS TEL. 23 96 07 EXT. 32291 |

PEP-0007599



# INSTITUTO MEXICANO DEL PETROLEO
## DIRECCIÓN REGIONAL ZONA NORTE







| BLVD TAMHELOS #880 2 P SO<br>COL PROL RODRIGUEZ C P 88030 | ENCINOS #507<br>COL DEL VALLE C P 88020 | | CALLE MONTERREY #411 ALTOS<br>COL RODRIGUEZ C P 88030 | |
|---|---|---|---|---|
| CONSULTORIA Y<br>CAPACITACION<br>TEL 926 57 73<br>LXT 52*78 | EXPLORACION Y PROD<br>REG GEOFISICOS<br>TEL 933 16 48<br>EXT 32584 | ADMINISTRACION<br>TEL 924 53 37<br>EXT 52121 | INGENIERIA<br>TEL 925 65 57<br>EXT 5 21 79<br>E-MAIL mrtegap.f@imp.mx | EXPLORACION Y PROD<br>SERVICIOS TECNICOS<br>TEL 23 86 07 E/T 32201 |

PEP-0007600



# INSTITUTO MEXICANO DEL PETROLEO
## DIRECCIÓN REGIONAL ZONA NORTE







| JD. MORELOS #890 2°. PISO<br>COL. PROL. RODRIGUEZ C.P. 88690 | ENCINOS #507<br>COL. DEL VALLE C.P. 88620 | | CALLE MONTERREY #411 ALTOS<br>COL. RODRIGUEZ C.P. 88630 | |
| CONSULTORIA Y<br>CAPACITACION<br>TEL. 926 57 73<br>EXT. 52176 | EXPLORACION Y PROD.<br>REG. GEOFISICOS<br>TEL. 925 16 43<br>EXT. 22004 | ADMINISTRACION<br>TEL. 924 59 37<br>EXT. 52171 | INGENIERIA<br>TEL. 926-05 57<br>EXT. 521 76<br>E-MAIL rotogpat@imp.mx | EXPLORACION Y PROD.<br>SERVICIOS TECNICOS<br>TEL. 23 08 07  EXT. 33291 |



Nota Informativa

| Fecha | Reynosa, Tamps., a 22 de Julio de 2009 |

De    Eddy Alberto González Guillen (3454)
      Eduardo Joaquin Castillo Mañón (4393)
      Agentes de Seg. Fis. Depto. Reynosa

Para  Jorge Herrera López,
      Coordinador de Operaciones,
      Departamento Seg. Fis. Reynosa.
      PRESENTE

Asunto    Intervención de 1 autotanque a inmediaciones de estación de recolección Fronterizo 2.

Informamos a Usted que hoy (22-Jul-09) siendo las 12:30 hrs. aprox., durante nuestro patrullaje en los campos productores del Activo Integral Burgos de Pemex Exploración y Producción, detectamos un autotanque abandonado a inmediaciones de la estación de recolección Fronterizo 2, ubicada en el municipio de General Bravo, Nuevo León, coordenadas 25° 50' 30" latitud norte y 098° 50' 51" longitud oeste.

Las características del autotanque son las que a continuación se indican:

Tractocamión marca Freightliner color rojo, con no. eco. 170 sin placas de circulación, con logotipo en la puerta del conductor de la CTM y la leyenda "Servicio Particular, Sindicato nacional de trabajadores de transporte y la construcción en gral. similares y conexas de la Republica Mexicana CTM, Aldama No. 625-D col. Centro Reynosa Tamps.", enganchado al tonel color Gris, no se le aprecia marca, de 2 ejes, con no. económico 394 y 4064, placas de circulación 332-4GK del estado de Oklahoma, EE.UU., con capacidad aproximada para 30 mil litros, lleno al 70% de su capacidad de producto hidrocarburo al parecer condensado de campo.

Se procedió a la toma de muestras correspondientes, mismas que fueron trasladadas al laboratorio de PEP para su análisis físico químico, arrojando como resultado que presentan características a condensado de campo que produce Pemex Exploración y Producción.

De igual forma, hacemos de su conocimiento que por medidas de seguridad, el autotanque asegurado fue trasladado a la instalación denominada Planta Culebra Sur de Pemex Exploración y Producción, ubicada en el ejido "El Huizache", Municipio de General Bravo, Nuevo León.

Lo anterior se hizo del conocimiento de la Subgerencia Jurídica de Pemex en Reynosa, para el encauzamiento legal correspondiente.

Lo que hacemos de su conocimiento para los fines y efectos correspondientes

Atentamente.

Eddy Alberto González Guillén            Eduardo Joaquín Castillo Mañón
      (3454)                                   (4393)

Página 1

PEP-0007602



| | | Fecha: | Rey xosa Tam. a 29 de Julio de 2009 |
|---|---|---|---|
| Remitente | Direccion Corporativa de Administracion Gerencia de Servicios de Seguridad Fisica Departamento Reynosa, Tam | Numero | DSFR-0662-2009 |
| Destinatario | Lic Jorge Luis Vivero Flores, Subgerente Juridico Reynosa Reynosa, Tam | Antecedentes Num. o(s) Numero unico de expediente. Fecha(s) | |
| Asunto | Intervención de 1 sujeto y 1 autotanque con condensado de campi o | Anexo ☒ | |

# REDACTED

Atentamente,

Jorge Herrera Lopez
Coordinador de Operaciones

GERENCIA DE SERVICIOS DE
SEGURIDAD FISICA

JUL 29 2009

*PETROLEOS MEXICANOS*
DPTO REYNOSA, TAM

C c p Gral du Gesta DTW Rel Miguel Estuara Marina  Gerunte de Servicios de Seguridad Fisica Mexico D F  para su superior conocimiento
C c p Ing Miguel Angel Mo..es Torres Admnistrador del Activo Integral Bu g os de PEP
C c p Expdua

Elabora JHL

Pagina 1

PETROLEOS MEXICANOS
GERENCIA DE SERVICIOS DE SEGURIDAD FISICA
DEPARTAMENTO REYNOSA

Reynosa, Tamps a 29 de Julio de 2009

Asunto Parte informativo y puesta a disposicion de una persona

C Agente del Ministerio Publico de la Federacion en turno
Presente

Los CC Genaro Cruz Martinez y Eduardo Joaquin Castillo Mañon, Agentes de la
Gerencia de Servicios de Seguridad Fisica de Petroleos Mexicanos, adscritos al
Departamento Reynosa, identificados respectivamente con las credenciales número
3494 y 4393 expedidas por la paraestatal, con domicilio en carretera Reynosa-Nuevo
Laredo kir 8 5 Ejido l os Cavazos en Reynosa, Tamps , hacemos de su conocimiento
los siguientes hechos

Siendo aproximadamente las 03 45 hrs del día de hoy, el operador del Cuarto de
Control Scada del Activo Integral Burgos de Pemex, Exploracion y Produccion, reportó
que a las 03 27 hrs se registro el inicio de un decremento de liquidos en estacion
Sigma 2, por lo que los sucritos nos trasladamos a realizar patrullaje en el citado campo
productor, percatandonos que un autotanque salía de la brecha que conduce a dicha
estacion, iniciando su desplazamiento sobre la carretera Monterrey-Reynosa, mismo
que detuvo su marcha siendo aproximadamente las 04 50 hrs a la altura aproximada
del km 190+800 de dicha carretera, a inmediaciones del rancho Santa Rosa, Municipio
de Reynosa, Tamps , por lo que procedimos a detonernos, detectando que era
conducido por quien manifesto llamarse Erick Jaziel Castañeda Morales y contar con 27
años de edad con domicilio en calle Leyes de Reforma 114, Col Lazaro Cardenas de
Reynosa Tamps , por lo que se presume que dicha unidad fue cargada en la estacion
Sigma 2 toda vez que er ese lugar se presento el decremento registrado en el cuarto
de control Scada

Las caracteristicas del autotanque son las siguientes

Tractocamion marca Freightliner color rojo, con placas de circulación **466-BP4** del
Servicio Publico Federal de Carga Mexico, con numero de serie en el marco de la puerta
1FUYDCEB1VL823239, con razón social JCB (Javier Cantu Barragan) Tel 92-62-400
92 62-401 y 95-42-400 Reynosa Tamps, enganchado al **Tonel** color blanco con franja
roja a lo largo marca Hércules sin razon social, numero de serie **3M9T140831H009318,**
sin placas circulacion, de 3 ejes con capacidad aproximada para 43 mil litros,
observandose lleno al 95% de su capacidad con producto hidrocarburo

Se procedio a la toma de una muestra respectiva, misma que fue trasladada al
laboratorio de PEP para su analis s fisico quimico, arrojando como resultado que
presentan caracteristicas a condensado de campo que produce Pemex Exploracion y
Produccion

Lo anterio se hizo del conocimiento de la Subgerencia Juridica de Pemex en Reynosa

Por medidas de seguridad y por indicacion del apoderado legal de este Empresa el autotanque sera trasladado a la instalacion denominada Campo Reynosa de Pemex Exploracion y Produccion, ubicada en carretera San Fernando-Reynosa km 110+800 de la colonia Pedro J. Mendez de esta Ciudad, de igual forma se tomaron fotografias en el lugar que fue intervenido el autotanque

Por lo expresado y por instrucciones de la Subgerencia Juridica de Pemex en Reynosa, en el interior de estas oficinas ponemos a disposición de esta autoridad investigadora a la persona que manifesto llamarse Erick Jazie' Castañeda Morales y con ar con 27 años de edad, con domicilio en calle Leyes de Reforma 114, Col Lazaro Cardenas de Reynosa Tamps,

La persona puesta a su disposicion, en el interior de las oficinas de esta H Representacion Social de la Federación, no presenta lesion visible no ha sido golpeado o maltratado, por lo que se entrega en buenas condiciones fisicas de salud, y en este acto solicitamos se le practique la certificacion medica de integridad fisica, de igual forma solicitamos que se realicen todas las diligencias necesarias que considere pertinentes esa representacion a su digno cargo para el esclarecimiento de los presentes hechos

Atentamente
Los agentes-aprehonsores de la OSSF de Petroleos Mexicanos

Genaro Cruz Martinez                    Eduardo Joaquin Castillo Mañon
        (3494)                                              (4393)

PEP-0007605

**PEMEX**
EXPLORACIÓN Y PRODUCCIÓN

Oficio

| CLASIFICACIÓN: | Total ☐ | Parcial ☐ | Reservada ☒ | Confidencial ☐ |
|---|---|---|---|---|
| Páginas: | 72 | | | |
| Fecha. | 2 enero 2009 | | Periodo de Reserva: | 12 años |

Fundamento legal: LFTAIPG Artículo: 13 y 14 Fracción. I y IV:1, III, IV y VI
Otro(s):   Const. Pol. E.U.M. Art. 28 cuarto párrafo
Ley Seg. Nac. Art. 5 Fracc XII Art. 51 Fracc. II
Lin. Grales. Clasif. y Desclasif. Inf. Dep. y Ent.
Admón. Púb. Fed. 18° Fracc. V inciso "e" 25°

Ampliación del periodo de reserva:          años
Parte o sección a clasificar:
Unidad Administrativa.      Coord. Op'n. de Pozos e Inst. de Exp
Nombre, cargo y rúbrica del titular de la Unidad Administrativa
Fernando Martínez Ballesteros, Departamento de Operación de Pozos, Medición de Gas y Líquidos

| DESCLASIFICACIÓN. | Fech a: |
|---|---|
| Páginas: | |

Nombre, cargo y rúbrica del titular de la Unidad Administrativa

| Fecha | 12 de agosto de 2009 |
|---|---|

| Remitente | Administración del Activo Integral Burgos Coordinación de Operación de Pozos e Inst. de Exp. Departamento de Operación de Pozos | Número | AIIB-COPIE-DOP/480-   747   -2009 |
|---|---|---|---|

| Destinatario | Juan Arturo Hernández Carrera Subdirección Región Norte |
|---|---|

Antecedentes:
Número(s):
Número único de expediente.   4S.7 Expediente sobre la Seguridad Física
Fecha(s):

| Asunto: | Informe de Seguridad Física julio 2009 | Anexo | ☒ |
|---|---|---|---|

Dando continuidad a nuestros similares anteriores, referentes a la sustracción ilícita de hidrocarburos líquidos y equipos de instalaciones de producción, anexo envío informe de patrullajes efectuados por la Gerencia de Seguridad Física destacado en Reynosa Tamaulipas, el cual refiere dos incidentes relacionados con actos de transporte ilícito de condensado, un informe de volumen faltante (mermas) y tres casos de incidentes relacionados con actos de sustracción de equipo.

Asimismo, se anexa nota informativa, sobre la colocación de cadenas y candados en acceso a instalaciones y tomas de autotanques con un cumplimiento de 100% y 97% respectivamente al 11 de agosto del año en curso.

Por lo anterior, reitero nuestra solicitud de su apoyo ante las autoridades correspondientes para la atención a estos hechos.

Agradezco de antemano su atención y aprovecho para enviarle un cordial saludo

Atentamente.

Miguel Ángel Maciel Torres
Administrador

Elaboró
Fernando Martínez Ballesteros

Ccp.-   Gerencia Regional SIPAC.- Carlos Hernández García
Control de Gestión Burgos.- Ismael Núñez Fernández

"2009, Año de la Reforma Liberal"
Administración del Activo Integral Burgos
Blvd. Acapulco y Tamaulipas No 1901,
Col. Ampliación Rodríguez, Reynosa, Tam., C.P.88630



**PEMEX**
*EXPLORACION Y PRODUCCION ®*

"2009, Año de la Reforma Liberal"

Oficio

| | | Fecha | 11 de Agosto de 2009 |
|---|---|---|---|
| Remitente | Juan Arturo Hernández Carrera<br>Subdirector de la Región Norte | Número | AAIB-COPIE- 50- - 2009 |

| | | |
|---|---|---|
| Destinatario | Miguel A. Maciel Torres<br>Administrador del Activo Integral Burgos | Antecedentes:<br>Número(s):<br>Número único de<br>expediente:<br>Fecha(s): |

| | | |
|---|---|---|
| Asunto: | Instalación de cadenas y candados a accesos de<br>Instalaciones del A.I.B. | Anexo ☒ |

Informo a usted que en base a las instrucciones, se han instalado cadenas con candados a todos los accesos de las estaciones del Activo Integral Burgos de acuerdo a la relación anexa, así como un 97% de avance a las válvulas de control de carga rápida de los tanques de almacenamiento, cabe mencionar que a la fecha no se ha detectado ningún candado violado o cadena rota en los sectores operativos, de presentarse alguna irregularidad se notificará con oportunidad.

MAMT/A 

Coordinación de Operación e Instalaciones de Explotación, Activo Integral Burgos
Blvd. Lazaro Cárdenas Núm. 605 Col. Anza'duas C.P. 88630, Telmex - 899 909045 Conmutador - 899 9217600 Ext. 50450 Cd. Reynosa Tam.

Página 1

PEP-0007607

'2009  Año de la Reforma Libera


EXPLORACION Y PRODUCCION ®

Remision

| | | Fecha | 24 de ag. sto de 2009 |

Remitente    Departamento de Operación de Pozos    Numero    DOP MGL-109-2009
             Medición de Gas y Líquidos

Destinatario    Anexo

Juan Gonzalez Avila
Coordinación de Operación de Contratos

Con la finalidad de continuar con el control en el transporte de condensado en las estaciones a su cargo, con la presente enviamos
400 sellos de seguridad para ser utilizados en los embarques de condensado en pipas por las compañías a su cargo de acuerdo al
vale de salida que se anexa

Atentamente,

Alejandro Valle Corona
Jefe Sector Reynosa-Cuidéhtlac

PEMEX
EXPLORACION Y PRODUCCION
REYNOSA

2 6 AGO. 2009

RECIBIDO
COORDINACION DE OPERACION
DE CONTRATOS

MEHE/cacc

Departamento Operacion de Pozos
Medicion de Gas y Liquidos
Blvd  Morelos Esq  Blvd  Tamaulipas s/n  Puerta No  5
Col  Anzalduas, Reynosa, Tam  C P  88500, Conm  (899) 9217600, Ext  5 30-29

Pagina 1

PEP-0007608



**PEMEX**
*EXPLORACIÓN Y*

PEMEX EXPLORACION Y PRODUCCION
DEPARTAMENTO DE OPERACIÓN DE POZO E INSTALACIONES DE EXPLORACION

VALE DE SALIDA DE SELLOS

FECHA 24-Agosto-09

ING. JUAN GONZALEZ

Gerencia de Operación de Contratos

cibi la cantidad de :

400 SELLOS CON LA SIGUIENTE NUMERACION

DEL 002201 AL 002300 color amarillo
DEL 002301 AL 002400 color amarillo
DEL 002501 AL 002600 color amarillo
DEL 002901 AL 003000 color amarillo
PARA SER UTILIZADOS EN LOS EMBARQUES DE CONDENSADO EN PIPAS

Recibido de Conformidad

Mario E. Hayashi Echavarria F-205425
Sección Manejo de Líquidos



**PEMEX**
EXPLORACION Y PRODUCCION
REYNOSA

2 6 AGO. 2009

RECIBIDO
COORDINACION DE OPERACION

PEP-0007609

**PEMEX**
**EXPLORACIÓN Y**

PEMEX EXPLORACION Y PRODUCCION
DEPARTAMENTO DE OPERACIÓN DE POZO E INSTALACIONES DE EXPLORACION

VALE DE SALIDA DE SELLOS

FECHA  24-Agosto-09

ING. FRANCISCO MAGDALENO LICON

Coordinacion de transporte y Distribucion de Hidrocarburos

cibi la cantidad de :

100 SELLOS CON LA SIGUIENTE NUMERACION

DEL 002001 AL 002100 color amarillo

PARA SER UTILIZADOS EN LOS EMBARQUES DE CONDENSADO EN PIPAS

Francisco M. Licon  F.243369

Mano E. hayashi Echeverria F-205426

Sección Manejo de Líquidos

PEP-0007610



PEMEX EXPLORACION Y PRODUCCION
DEPARTAMENTO DE OPERACIÓN DE POZO E INSTALACIONES DE EXPLORACION

VALE DE SALIDA DE SELLOS

FECHA  27-Agosto-09

ING. FRANCISCO MAGDALENO LICON

       CTDH

Recibi la cantidad de :

                    92 SELLOS CON LA SIGUIENTE NUMERACION

                              PARA SER UTILIZADOS EN LOS EMBARQUES DE CONDENSADO EN PIPAS

          Recibido de Conformidad                    Mario E. hayashi Echeverria F-205426

                                                          Sección Manejo de Líquidos

PEP-0007611



**PEMEX EXPLORACION Y PRODUCCION**
DEPARTAMENTO DE OPERACIÓN DE POZO E INSTALACIONES DE EXPLORACION

VALE DE SALIDA DE SELLOS

FECHA  27-Agosto-09

ING. PEDRO H. ROBLES S.

SECTOR ARCABUZ-CULEBRA-CUERVITO

Recibí la cantidad de :

800 SELLOS CON LA SIGUIENTE NUMERACION

EL 4601 AL 4900 color azul
DEL 4401 AL 4500 color azul
DEL 4001 AL 4100 color azul
DEL 3001 AL 3100 color azul
DEL 4301 AL 4400 color azul       PARA SER UTILIZADOS EN LOS EMBARQUES DE CONDENSADO EN PIPAS
DEL 4601 AL 4700 color azul

DEL 4901 AL 5000 color azul
DEL 4101 AL 4200 color azul

Ing. Rurico Hernandez R. F.331114                Mario E. hayashi Echeverría F-205426

Sección Manejo de Líquidos

PEP-0007612



PEMEX EXPLORACION Y PRODUCCION
DEPARTAMENTO DE OPERACIÓN DE POZO E INSTALACIONES DE EXPLORACION

VALE DE SALIDA DE SELLOS

FECHA  27-Agosto-09

ING. ARIEL VALENZUELA

SECTOR  LAREDO

Recibi la cantidad de :

400 SELLOS CON LA SIGUIENTE NUMERACION

EL 3201 AL 3300 color azul
DEL 3101 AL 3200 color azul
DEL 3401 AL 3500 color azul
DEL 3601 AL 3700 color azul

PARA SER UTILIZADOS EN LOS EMBARQUES DE CONDENSADO EN PIPAS

Ing. Ariel Valenzuela.

Mario E. hayashi Echeverria F-205426

Sección Manejo de Líquidos



**PEMEX**
**EXPLORACIÓN Y**

PEMEX EXPLORACION Y PRODUCCION
DEPARTAMENTO DE OPERACIÓN DE POZO E INSTALACIONES DE EXPLORACION

VALE DE SALIDA DE SELLOS

FECHA  27-Agosto-09

ING. ALEJADRO VALLE CORONA

SECTOR  REYNOSA

Recibí la cantidad de :

500 SELLOS CON LA SIGUIENTE NUMERACION

.EL 3301 AL 3400 color azul
DEL 3901 AL 4000 color azul
DEL 4501 AL 4600 color azul        PARA SER UTILIZADOS EN LOS EMBARQUES DE CONDENSADO EN PIPAS
DEL 4701 AL 4800 color azul
DEL 3801 AL 3900 color azul

_____              _____
Ing. Alejandro Valle  Corona              Mano E. hayashi Echeverria F-205426

                                          Sección Manejo de Líquidos

PEP-0007614



PEMEX EXPLORACION Y PRODUCCION
DEPARTAMENTO DE OPERACIÓN DE POZO E INSTALACIONES DE EXPLORACION

VALE DE SALIDA DE SELLOS

FECHA  27-Agosto-09

ING. JUAN GONZALEZ

Gerencia de Operación de Contratos

Recibi la cantidad de :

400 SELLOS CON LA SIGUIENTE NUMERACION

DEL 12701  AL  12800 color  verde
DEL 12901 AL 13000 color verde
DEL 11801 AL 11900 color  verde
DEL 12501 AL 12600 color verde

PARA SER UTILIZADOS EN LOS EMBARQUES DE CONDENSADO EN PIPAS

Recibido de Conformidad

Mario E. hayashi Echeverria F-205426

Sección Manejo de Líquidos





**TRANSPERFECT**

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DUSSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SEOUL
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TEL AVIV
TOKYO
TORONTO
VANCOUVER
WASHINGTON DC
ZURICH

## THE STATE OF NEW YORK

## COUNTY OF NEW YORK

### <u>AFFIDAVIT OF TRANSLATION</u>

Before me, the undersigned Notary appears  who, after being first duly sworn, deposes and says that the facts contained herein are true and correct and based upon his personal knowledge:

1.    "My name is Sara Hutchison. I am over the age of twenty-one years and competent to make this affidavit.

2.    I am a *project manager at TransPerfect Translations International Inc.*

3.    *I am employed by TransPerfect Translations International Inc.*

4.    I hereby certify that the document attached hereto is "PEP-0007591-7615

5.    I further certify that said translation is to the best of my knowledge and ability a fair and accurate translation of the translation

FURTHER AFFIANT SAYETH NOT.

_____

BEFORE me, the undersigned Notary Public, appeared today , who having first been placed under oath, under his oath stated that he is the person whose signature appears affixed to the foregoing statement and further stated under his oath that what said statement contains is of his personal knowledge and true and correct.

SUBSCRIBED before me on this 16th day of January 2012.

_____
Notary Public in and for the State of New York

My Commission expires:

ROBERT W DENOIA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE5053956
Qualified in New York County
My Commission Expires April 18, 2014