## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **PEMEX EXPLORACIÓN Y PRODUCCIÓN,** | ' |
| *Plaintiff*, | ' CIVIL ACTION NO. 4:10-CV-01997 |
| **vs.** | ' |
| **BASF CORPORATION, et al.,** | ' |
| *Defendants*. | ' |

| | |
|---|---|
| **PEMEX EXPLORACIÓN Y PRODUCCIÓN,** | ' |
| *Plaintiff*, | ' |
| **vs.** | ' CIVIL ACTION NO. 4:11-CV-02019 |
| **BIG STAR GATHERING LTD L.L.P., F&M TRANSPORTATION, INC., JAMES JENSEN, JEFF KIRBY, SUPERIOR CRUDE GATHERING, INC., TRANSMONTAIGNE PARTNERS, L.P., PLAINS MARKETING, L.P., RGV ENERGY PARTNERS, LLC, SAINT JAMES ENERGY OPERATING, INC.** | ' |
| *Defendants*. | ' |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS BIG STAR GATHERING LTD. L.L.P., JAMES JENSEN, AND ST. JAMES ENERGY OPERATING, INC.

TO THE HONORABLE COURT:

COME NOW Defendants, Big Star Gathering Ltd. L.L.P., James Jensen, and St. James Energy

1

Operating, Inc., ("Defendants"), and files this Notice of Appearance to add counsel and respectfully

show as follows:

## I.

The following additional counsel also represents Defendants in this case and Defendants

respectfully ask that they be added to all notices and pleadings:

**John H. Kim**
Federal Bar No. 15626
State Bar No. 00784393
THE KIM LAW FIRM
4309 Yoakum Blvd, Suite 2000
Houston, TX 77006
713-522-1177
888-809-6793 (Fax)
jhk@thekimlawfirm.com

## II.

Defendants' current counsel and the now appearing counsel should all be served on behalf of

Defendants'.

WHEREFORE, PREMISES CONSIDERED, Defendants' respectfully files this Notice of

Appearance of Additional Counsel and prays that its new counsel be added to this cause.


Dated: October 26, 2012                    Respectfully submitted,

                                           **THE KIM LAW FIRM**


                                           /s/ *John H. Kim*
                                           **John H. Kim**
                                           Federal I.D. No. 15626
                                           State Bar No. 00784393
                                           4309 Yoakum, Ste. 2000
                                           Houston, Texas 77006

2

Phone: (713) 522-1177
Fax: (888) 809-6793

***ATTORNEY FOR DEFENDANTS BIG STAR
GATHERING LTD. L.L.P., JAMES JENSEN, and
ST. JAMES ENERGY OPERATING, INC.***

**OF COUNSEL:**
**Grant J. Harvey**
**Attorney-in-charge**
Federal I.D. No. 14145
State Bar No. 09177700
gharvey@gibbsbruns.com
**Laura J. Kissel**
Federal I.D. No. 582969
State Bar No. 24046223
lkissel@gibbsbruns.com
**Ayesha Najam**
Federal I.D. No. 605948
State Bar No. 24046507
anajam@gibbsbruns.com
GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, Texas  77002-5215
Telephone:  (713) 650-8805
Facsimile:  (713) 750-0903

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been provided to all counsel of record through the Court's electronic service/ECF system, on this the ***26th day of October, 2012.***

/s/*John H. Kim*
**JOHN H. KIM**